PROB 12C  
(6/16)

Report Date: November 1, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Nathaniel Luke            Case Number: 0980 1:15CR02009-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, Washington, 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 31, 2016

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 28 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Ian Garriques                 Date Supervision Commenced: June 19, 2018

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: June 18, 2021

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: Mr. Luke is alleged to have tested positive for methamphetamine on or before September 10, 2018.

On June 20, 2018, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of mandatory condition number 5, which prohibits him from using a controlled substance.

On September 10, 2018, Mr. Luke reported to the probation office and submitted to a drug screen which returned presumptive positive for the presence of methamphetamine. Mr. Luke then signed the admission/denial of drug use form admitting to having used methamphetamine on September 7, 2018.

Prob12C
**Re: Luke, William Nathaniel**
**November 1, 2018**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #17**: You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Luke is alleged to have consumed alcohol on or before September 10, 2018.

On June 20, 2018, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of special condition number 17, which prohibits him from consuming alcohol.

On September 10, 2018, Mr. Luke reported to the probation office and submitted to a drug screen. Prior to collecting the specimen, Mr. Luke admitted to having consumed alcohol over the weekend with some friends. Mr. Luke then signed the admission/denial of drug use form admitting to having used alcohol on September 7, 2018.

3   **Special Condition #16**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Luke is alleged to have failed to enroll in a drug and alcohol treatment program as directed as of October 29, 2018.

On June 20, 2018, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of special condition number 16, which requires him to undergo a substance abuse evaluation and participate in treatment.

Mr. Luke was referred to Merit Resource Services for a drug and alcohol assessment. Mr. Luke completed the assessment but failed to attend his recommendation and contracting appointment on October 3, 2018. Due to Mr. Luke's failure to enroll in a treatment program for a period longer than 3 months since the evaluation was completed, the recommendation time period has expired. Although Mr. Luke has been instructed to complete another evaluation, he has yet to do so as of October 31, 2018.

4   **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Luke failed to submit to a random drug screen at Merit Resource Services on October 25, 2018.

On June 20, 2018, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of special condition number 18, which requires him to submit to random urinalysis testing.

Prob12C
**Re: Luke, William Nathaniel**
**November 1, 2018**
**Page 3**

    Mr. Luke has been instructed to call the Merit color line and when his color is called, he must submit to a drug screen at Merit. On October 25, 2018, Mr. Luke's color was called but he failed to report for testing. On October 26, 2018, contact was made with Mr. Luke at which time he was informed he failed to submit to a drug screen. Mr. Luke stated he may have forgotten to call the color line that day. He was then directed to report to Merit that same day for a drug test. Mr. Luke stated he would report after work. Later that day, Mr. Luke called and advised he missed the bus and would not be able to make it to Merit before the close of business for his drug test. Mr. Luke failed submit to a drug screen as directed on October 26, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 1, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_Stanley A. Bastian_
Signature of Judicial Officer

November 1, 2018
Date