PROB 12C

Report Date: June 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 26, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Nathaniel Luke                Case Number: 0980 1:15CR02009-SAB-1

Address of Offender:                              Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 31, 2016

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 28 months;            Type of Supervision: Supervised Release
                        TSR - 36 months

Revocation Sentence:    Prison - Time served
(January 30, 2019)      TSR  - 36 months

Asst. U.S. Attorney:    Ian Garriques              Date Supervision Commenced: June 19, 2018

Defense Attorney:       Jennifer Barnes            Date Supervision Expires: June 18, 2021

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Luke is alleged to have been arrested for Assault and Battery, Domestic Violence, in violation of Revised Yakama Code (RYC) 10.01.11( 95.02.02).

On March 8, 2019, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of mandatory condition number 1.

According to the Yakama Nation Police (YNP) narrative report for incident 19-005041, the following occurred: On June 8, 2019, at approximately 10 a.m., within the exterior boundaries of the Yakama Nation, YNP was dispatched to 290 Highline Drive in Wapato, Washington, for a domestic violence incident. When YNP arrived, Mr. Luke was detained by a Yakima County Sheriff deputy. Mr. Luke had blood on his pants, shoes, elbows and hands.

The victim had blood on her shorts, face, arms, and shirt. There was also blood splatter on the passenger side window, blood on the ground, and blood on a shirt inside the vehicle where the victim was sitting. The right side of the victim's face was swollen and her whole body was shaking. YNP attempted to speak with the victim and she initially refused to speak with officers.

While officers were attempting to speak with the victim, a citizen/reporting party drove by and stated he called the police. The reporting party stated he observed Mr. Luke hitting the victim hard in the face. The reporting party did not intervene and left the scene of the assault to get some friends to help get Mr. Luke off the victim.

The victim was transported to a local hospital and YNP attempted to speak with the victim again. The victim reported that she and Mr. Luke get into arguments because she watches her sister's children all the time. She reported Mr. Luke gets upset because the children are small and cannot clean up after themselves. She reported the reason Mr. Luke got upset was because they had the kids longer than they were supposed to. The victim tried to calm Mr. Luke down but one thing lead to another. The victim advised she and Mr. Luke have been in a dating relationship for 10 months.

Mr. Luke was transported to the Yakama Nation Jail and issued a citation for Assault and Battery, Domestic Violence, in violation of RYC 10.01.11(95.02.02). Mr. Luke was released by the Yakama Nation Corrections due to medical issues that required he be medically cleared before being placed in custody.

On June 17, 2019, Mr. Luke reported to this officer and admitted to assaulting his girlfriend/victim in the police report. Mr. Luke stated he assaulted her because she hit him first.

2          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Luke is alleged to have failed to report for urinalysis (UA) testing on June 10, 2019.

On March 8, 2019, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of special condition number 4, which requires him to report for UA testing as directed by the supervising officer.

On June 11, 2019, this officer received notice that Mr. Luke failed to report for his UA test at Merit Resource Services on June 10, 2019. Mr. Luke was contacted and he reported to the probation office on June 11, 2019. Mr. Luke provided a negative UA for controlled substances and stated he forgot to call the color line on June 10, 2019. The UA Mr. Luke provided was sent to Alere Toxicology Services to test for the presence of alcohol. Alere confirmed the UA was negative for alcohol; however, the UA returned dilute.

Prob12C
**Re: Luke, William Nathaniel**
**June 25, 2019**
**Page 3**

| | |
|---|---|
| 3 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Luke is alleged to have failed to report to the probation office on June 24, 2019, as directed.

On March 8, 2019, supervised release conditions were reviewed and signed by Mr. Luke acknowledging his understanding of standard condition number 2, which requires him to report to the probation office as directed.

On June 20, 2019, Mr. Luke to reported to this officer as directed. At the conclusion of the office visit, Mr. Luke was directed to report to the probation office every Monday until directed otherwise by U.S. Probation. Mr. Luke understood the reporting instructions and made a commitment to report every Monday, as directed. Mr. Luke failed to report to this probation officer on Monday June 24, 2019. He did not call this officer to explain why he could not report and did not respond to this officer's attempts to locate him.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear and answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 25, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/26/2019

Date